FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry   08/14/2017

    Enclosed for the file is a printout of select text messages from the Cellebrite Phone Extraction of Devonte Holliday's cellular telephone.

    The printout (attached hereto) lists select text messages from March 6, 2017 through March 28, 2017 (date of arrest).

    On March 26, 2017, Holliday sent the following text messages:

19:37:46 - **"So Ona 6 it's a mission Finna Tell The Job I'm going Ot"**

19:40:19 - **"Yea homie that Thursday night leading into Friday morning by 3-4 six hour drive b making it there no later then 10:03 stores open at 10"**

Investigation on   08/14/2017   at   St. Louis, Missouri, United States (In Person)

File #   87-SL-2107656                                   Date drafted   08/14/2017

by   Kevin Cosentino

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.