## Phone Examination Preview Report Properties

| | |
|---|---|
| Selected Manufacturer: | NuuMobile |
| Selected Model: | NU-2S |
| Detected Manufacturer: | NUU Mobile |
| Detected Model: | NU-2S |
| Revision: | 5.0 LRX21M 1445006436 |
| IMEI: | 862746022565647 |
| ICCID: | 89012609631441447841f |
| Phone Date/Time: | 03/28/2017 12:52:43 (GMT-5) |
| Connection Type: | USB Cable |
| UFED Version: | Product Version: 6.0.0.1010 , Internal Build: 4.3.17.1010 UFED |
| UFED S/N: | 5912450 |

Note: This device is using client in order to communicate with UFED

For complete analysis and advanced reporting, open in UFED Physical/Logical Analyzer.

## Phone SMS - Text Messages

Back to index

SMS SHA256 Hash: D350EDE9 CD8C5D6 0142174 EBBEC01 9A3AD51 10D43E5 A304407 CF664B9 83A93DB

| # | Number | Name | Date & Time | SMSC | Status | Folder | Storage | Type | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6700 | N/A | 03/06/2017 13:54:42 (GMT-6) | +14054720055 | Read | Inbox | Phone | Incoming | Easy plan management from Ultra. Your mobile account home: https://my.ultra.me/t/AjvdFUjQFXgCXA. Via SMS text BAL to 6700. Speak to care by calling 611. |
| 2 | 6700 | N/A | 03/06/2017 13:54:44 (GMT-6) | +14054720057 | Read | Inbox | Phone | Incoming | Your $19 Plan is good for 30 days. Your plan is due for recharge on Apr 4 2017 at 11:59 PM PST. Visit http://www.ultra.me//terms for Terms and Conditions. |
| 3 | 6700 | N/A | 03/06/2017 14:54:40 (GMT-6) | +12063130056 | Read | Inbox | Phone | Incoming | For help setting up your data / internet and MMS settings please visit http://ultra.me/data-settings. |
| 4 | 7734708080 | * Bby My | 03/07/2017 08:39:47 (GMT-6) | | Sent | Sent | Phone | Outgoing | Aye bby fr you turns the phone off right |
| 5 | +17734708080 | * Bby My | 03/07/2017 18:21:19 (GMT-6) | +12063130056 | Read | Inbox | Phone | Incoming | Ion Get You And Ion Think I Ever Will So Am I Making A Mistake? |
| 6 | +17734708080 | * Bby My | 03/07/2017 18:22:00 (GMT-6) | +12063130055 | Read | Inbox | Phone | Incoming | But Because You Had Something To Do Its Acceptable |
| 7 | +17734708080 | * Bby My | 03/07/2017 18:22:44 (GMT-6) | +12063130057 | Read | Inbox | Phone | Incoming | But Ain't That What You Got 2 Phones For So You Can Let Me Know Wtf Going On When You Ain't At Home |
| 8 | +17734708080 | * Bby My | 03/07/2017 18:23:42 (GMT-6) | +12063130056 | Read | Inbox | Phone | Incoming | Justify My Points Every Time Though People Make Ways For Shit They Wanna Do |
| 9 | 7734708080 | * Bby My | 03/07/2017 18:26:20 (GMT-6) | | Sent | Sent | Phone | Outgoing | Mistake air what though I'm just not finba argue about what I know what's going on lashaye I left INA process of a phone call lashaye why do you do this |
| 10 | +17734708080 | * Bby My | 03/07/2017 18:28:47 (GMT-6) | +14054720055 | Read | Inbox | Phone | Incoming | Don't Worry Devonte Because I Won't Either Just Be Around For The Times That Matter The Baby Shower And August 11th For My Son To Be Born |
| 11 | 7734708080 | * Bby My | 03/07/2017 18:35:08 (GMT-6) | | Sent | Sent | Phone | Outgoing | See how you do me though |
| 12 | +17734708080 | * Bby My | 03/07/2017 19:25:43 (GMT-6) | +14054720056 | Read | Inbox | Phone | Incoming | You Do Me The Same Way Ion Mean Shit To You |
| 13 | +17734708080 | * Bby My | 03/07/2017 19:26:14 (GMT-6) | +14054720057 | Read | Inbox | Phone | Incoming | It's Cool Though Like I Said I Got This If I Gottah Do It By Myself I Set Myself Up For This |
| 14 | 7734708080 | * Bby My | 03/07/2017 19:44:49 (GMT-6) | | Sent | Sent | Phone | Outgoing | Cus you saying shit that you wanna assume as always IMA just stop feeding off into all this lashaye I get hurt by this shit ane doing nun but tryna make me a way till I can really find me a job lashaye keep some money n my pocket to make ways for my family |
| 15 | 7734708080 | * Bby My | 03/07/2017 19:55:31 (GMT-6) | | Sent | Sent | Phone | Outgoing | Why would I let you do some alone lashaye you say anything to make me feel like this like ane shit right ??? |
| 16 | +17734708080 | * Bby My | 03/07/2017 20:05:46 (GMT-6) | +14054720055 | Read | Inbox | Phone | Incoming | You're Not |

| # | Number | Name | Timestamp | SMSC | Status | Folder | Type | Direction | Message |
|---|---|---|---|---|---|---|---|---|---|
| 43 | 6700 | N/A | 03/09/2017 15:29:02 (GMT-6) | +14054720057 | Read | Inbox | Phone | Incoming | Ultra's Data My Way feature lets you change your data speeds and save data. Learn more about this feature by visiting my.ultramobile.com/account/data-my-way |
| 44 | +17734708080 | * Bby My | 03/09/2017 16:20:01 (GMT-6) | +14054720056 | Read | Inbox | Phone | Incoming | It Take A Hour To Get From 47th Home? |
| 45 | +17734708080 | * Bby My | 03/09/2017 16:32:44 (GMT-6) | +14054720055 | Read | Inbox | Phone | Incoming | Then I Gottah Call Your Ass 3 Fucking Times And Still Not Get A Answer Right? But Your Ass Be Quick To Pick Up The Phone And Answer For Your Guys Right? Take 10 Minutes To Get My Texts And Shit But You Get Everybody Else Shit Right? Stay Where You At Don't Pick Up The Phone To Call And Ask Me For Shit And I Mean That On My Grandmothers Soul |
| 46 | 6303979018 | N/A | 03/09/2017 16:38:50 (GMT-6) | | Sent | Sent | Phone | Outgoing | This don call me |
| 47 | 7734708080 | * Bby My | 03/09/2017 16:58:51 (GMT-6) | | Sent | Sent | Phone | Outgoing | Lashaye you do this shit every time ion do all this shit I call you 40 times what happen mufka even ignore calls lashaye I was just talking to my fucking grandma but you can do this |
| 48 | +17734708080 | * Bby My | 03/09/2017 18:00:57 (GMT-6) | +14054720055 | Read | Inbox | Phone | Incoming | Devonte I Dont Give Not One Fuck No More I'm Over All This Shit Live The Life You Want |
| 49 | 7734708080 | * Bby My | 03/09/2017 18:09:05 (GMT-6) | | Sent | Sent | Phone | Outgoing | Look shit like this wtfff am I doing I tells you what I'm doing you always do this what you wanna believe ass shit b blowing tf outta me lashaye you ion care though |
| 50 | +17734708080 | * Bby My | 03/09/2017 18:20:33 (GMT-6) | +14054720057 | Read | Inbox | Phone | Incoming | I Don't Care And I Won't Ever Again I'm Over This Shit Nbs Have Fun Cause I'm About To Start |
| 51 | +16303979018 | N/A | 03/09/2017 18:52:37 (GMT-6) | +14054720055 | Unread | Inbox | Phone | Incoming | aye u gotta make a new one cuz it's messin up my phone and i can't use it |
| 52 | +17734708080 | * Bby My | 03/10/2017 11:50:08 (GMT-6) | +12063130056 | Read | Inbox | Phone | Incoming | I'm Going To Ohio At 4 My Aunt Had A Stroke |
| 53 | 7734708080 | * Bby My | 03/10/2017 11:54:41 (GMT-6) | | Sent | Sent | Phone | Outgoing | Sorry to hear that lashaye all I want you to do is stay strong don't let it bother you tell your peoples ima keep them in my prayers I loveee y'all too bby just lemme know what's going on |
| 54 | +17734708080 | * Bby My | 03/10/2017 12:11:50 (GMT-6) | +14054720056 | Read | Inbox | Phone | Incoming | Love You Too Baby |
| 55 | 7734708080 | * Bby My | 03/10/2017 12:12:13 (GMT-6) | | Sent | Sent | Phone | Outgoing | Wydd |
| 56 | +17734708080 | * Bby My | 03/10/2017 12:12:54 (GMT-6) | +12063130056 | Read | Inbox | Phone | Incoming | Packing Our Bags We Going The Weekend |
| 57 | 7734708080 | * Bby My | 03/10/2017 12:13:43 (GMT-6) | | Sent | Sent | Phone | Outgoing | The weekend n when you find this out |
| 58 | 7734708080 | * Bby My | 03/10/2017 12:44:28 (GMT-6) | | Sent | Sent | Phone | Outgoing | Ok lashaye |
| 59 | +17734708080 | * Bby My | 03/10/2017 13:05:01 (GMT-6) | +12063130057 | Read | Inbox | Phone | Incoming | What? Come See Me Before We Leave Then My Momma Driving |
| 60 | 7734708080 | * Bby My | 03/10/2017 13:05:22 (GMT-6) | | Sent | Sent | Phone | Outgoing | Wya home |
| 61 | +17734708080 | * Bby My | 03/10/2017 13:05:50 (GMT-6) | +14054720056 | Read | Inbox | Phone | Incoming | Yeah Hurry Uo Before We Leave |
| 62 | +17734708080 | * Bby My | 03/10/2017 13:07:45 (GMT-6) | +12063130056 | Read | Inbox | Phone | Incoming | Where You At? |
| 63 | 7734708080 | * Bby My | 03/10/2017 13:07:47 (GMT-6) | | Sent | Sent | Phone | Outgoing | Bby cuzo mama left wit his car she havent came back yet |
| 64 | 7734708080 | * Bby My | 03/10/2017 13:08:08 (GMT-6) | | Sent | Sent | Phone | Outgoing | 624 w 61st |
| 65 | +17734708080 | * Bby My | 03/10/2017 13:08:11 (GMT-6) | +14054720055 | Read | Inbox | Phone | Incoming | I Guess I Ain't Gone See You Then |
| 66 | 7734708080 | * Bby My | 03/10/2017 13:10:00 (GMT-6) | | Sent | Sent | Phone | Outgoing | Bby damn you see what I b saying earlier look what gqppen then ane mobile you see |
| 67 | +17734708080 | * Bby My | 03/10/2017 13:11:07 (GMT-6) | +12063130057 | Read | Inbox | Phone | Incoming | Who You Sending That Address To That Wasn't Suppose To Come To Me? |
| 68 | 7734708080 | * Bby My | 03/10/2017 13:11:59 (GMT-6) | | Sent | Sent | Phone | Outgoing | Yes it was you asked me where I'm at I send you the address |
| 69 | +17734708080 | * Bby My | 03/10/2017 13:36:17 (GMT-6) | +12063130056 | Read | Inbox | Phone | Incoming | Finnah Go Get Some Food |

| # | Number | Name | Date | Other Party | Status | Folder | Type | Direction | Message |
|---|---|---|---|---|---|---|---|---|---|
| 514 | +17734708080 | * Bby My | 03/26/2017 00:08:02 (GMT-5) | +14054720055 | Read | Inbox | Phone | Incoming | No But I Still Need To Take You To Denny's |
| 515 | +17734708080 | * Bby My | 03/26/2017 00:08:28 (GMT-5) | | Sent | Sent | Phone | Outgoing | Ok |
| 516 | +17739627499 | * Obanner | 03/26/2017 19:36:00 (GMT-5) | +12063130056 | Read | Inbox | Phone | Incoming | Aye |
| 517 | +17739627499 | * Obanner | 03/26/2017 19:37:04 (GMT-5) | | Sent | Sent | Phone | Outgoing | Wyo lil bro |
| 518 | +17739627499 | * Obanner | 03/26/2017 19:37:46 (GMT-5) | +12063130056 | Read | Inbox | Phone | Incoming | So Ona 6 It's a mission Finna Tell The Job I'm going Ot |
| 519 | +17739627499 | * Obanner | 03/26/2017 19:40:19 (GMT-5) | | Sent | Sent | Phone | Outgoing | Yea homie that Thursday night leading into Friday morning by 3-4 six hour drive b making it there no later then 10:03 stores open at 10 |
| 520 | +17739627499 | * Obanner | 03/26/2017 19:41:09 (GMT-5) | +12063130056 | Unread | Inbox | Phone | Incoming | Bet Say no more |
| 521 | +17734708080 | * Bby My | 03/27/2017 14:55:51 (GMT-5) | +14054720055 | Read | Inbox | Phone | Incoming | We At The Hospital |
| 522 | 3128872710 | N/A | 03/27/2017 15:13:31 (GMT-5) | | Sent | Sent | Phone | Outgoing | This me right here homie |
| 523 | +17734708080 | * Bby My | 03/27/2017 15:24:08 (GMT-5) | | Sent | Sent | Phone | Outgoing | Right |
| 524 | +17734708080 | * Bby My | 03/27/2017 15:33:15 (GMT-5) | | Sent | Sent | Phone | Outgoing | 😊😊😊 |
| 525 | +17734708080 | * Bby My | 03/27/2017 15:48:43 (GMT-5) | +12063130057 | Read | Inbox | Phone | Incoming | We Leaving Now |
| 526 | +17734708080 | * Bby My | 03/28/2017 01:52:51 (GMT-5) | | Sent | Sent | Phone | Outgoing | Phone went dead |

\* Phonebook name lookup used to retrieve names